3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR TAYLOR,

    Defendant.
_____/

Case: 2:25-cr-20792
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/21/2025
Description: INDI USA V. TAYLOR (NA)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about September 23, 2025, in the Eastern District of Michigan, Southern Division, the defendant, OMAR TAYLOR, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is: one .40 caliber Smith & Wesson ammunition cartridge, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense charged in Count One of this Indictment, OMAR TAYLOR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit

*s/ Eaton P. Brown*
Eaton P. Brown
Assistant United States Attorney

Dated: October 21, 2025

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:25-cr-20792<br>Assigned To : Grey, Jonathan J.C.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 10/21/2025<br>Description: INDI USA V. TAYLOR (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com ........ely in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | AUSA's Initials: _(initials)_ |

**Case Title:** USA v. Omar Taylor

**County where offense occurred:** Wayne

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information — **no** prior complaint.
____Indictment/____Information — based upon prior complaint [Case number:                    ]
____Indictment/____Information — based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 21, 2025
Date

s/ Eaton P. Brown
Eaton P. Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9184
Fax: 313-226-2372
E-Mail address: Eaton.Brown@usdoj.gov
Attorney Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.