# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

OMAR TAYLOR,

     Defendant.

_____/

Case No. 25-20792

HON. JONATHAN J.C. GREY

## ORDER TO STRIKE PLAINTIFF'S FILING (ECF No. 20)

On April 28, 2026, Plaintiff United States of America filed a memorandum in support of sentencing, together with numerous attached exhibits. (*See* ECF Nos. 20, 20-1 through 20-9.) Upon the Court's review of the filing, the Court observed that a number of the exhibits contain information that should have been, and must be, redacted. Accordingly, the Court **ORDERS** that the Plaintiff's filing at ECF No. 20 be **IMMEDIATELY STRICKEN**.

     **SO ORDERED**.

Date: April 28, 2026

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager

2